*Charles G. Blakeslee* for appellant.

*Philip Halpern, Laurence J. Olmsted* and *George H. Kenny* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

IRVING FINKELSTEIN, as Trustee in Bankruptcy of LOUIS WINOKUR, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued December 6, 1945; decided January 18, 1946.

*Martin B. Nadle, Barney Rosenstein* and *Leo E. Panzirer* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Francis A. Fullam, Jr.,* and *James Hall Prothero* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES M. LA PLACA, Appellant.

Argued October 10, 1945; decided January 18, 1946.